# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| SARAH E SCHLOSSER § | Case No. 17-81185 |
| § | |
| Debtor § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BERNARD J. NATALE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 2,600.00 *(Without deducting any secured claims)* | Assets Exempt: 36,129.00 |
| Total Distributions to Claimants: 8,166.68 | Claims Discharged Without Payment: 67,510.78 |
| Total Expenses of Administration: 4,997.91 | |

   3) Total gross receipts of $ 13,547.95 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 383.36 (see **Exhibit 2**), yielded net receipts of $ 13,164.59 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 6,424.91 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,997.91 | 4,997.91 | 4,997.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,505.51 | 32,747.04 | 32,747.04 | 8,166.68 |
| **TOTAL DISBURSEMENTS** | $ 42,930.42 | $ 37,744.95 | $ 37,744.95 | $ 13,164.59 |

4) This case was originally filed under chapter 7 on 05/17/2017. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/05/2018            By: /s/BERNARD J. NATALE, TRUSTEE
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Proceeds from Father's Estate | 1229-000 | 13,547.95 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,547.95** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Schlosser, Sarah E. | Exemptions | 8100-002 | 383.36 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 383.36** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Select Employee Credit Union, 2412 Freeport Road Sterling, IL 61081 | | 6,424.91 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 6,424.91** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | NA | 2,066.46 | 2,066.46 | 2,066.46 |
| BERNARD J. NATALE | 2200-000 | NA | 11.82 | 11.82 | 11.82 |
| Associated Bank | 2600-000 | NA | 47.23 | 47.23 | 47.23 |
| BERNARD J. NATALE LTD | 3110-000 | NA | 2,852.50 | 2,852.50 | 2,852.50 |
| BERNARD J. NATALE LTD | 3120-000 | NA | 19.90 | 19.90 | 19.90 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,997.91 | $ 4,997.91 | $ 4,997.91 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bradley Tengler, 728 N Court St Rockford, IL 61103 | | 1,700.00 | NA | NA | 0.00 |
| | Capital One, PO Box 6492 Carol Stream, IL 60197-6492 | | 596.74 | NA | NA | 0.00 |
| | CGH Healh Centers, 101 E Miller Rd Sterling, IL 61081 | | 65.37 | NA | NA | 0.00 |
| | CGH Medical Center, 101 E LeFevre Rd Sterling, IL 61081 | | 935.51 | NA | NA | 0.00 |
| | David Lyons, 233 IL 38 Rochelle, IL 61068 | | 2,000.00 | NA | NA | 0.00 |
| | Debuque Emergency Physicians, PO Box 5719 Athens, GA 30604 | | 64.15 | NA | NA | 0.00 |
| | First Acccess Visa, PO Box 89028 Sioux Falls, SD 57109 | | 299.48 | NA | NA | 0.00 |
| | FIRST PREMIER BANK, PO BOX 5147 Sioux Falls, SD 57117 | | 657.31 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | KSB HOSPITAL & MEDICAL GROUP, 403 E FIRST ST. Dixon, IL 61021 | | 279.54 | NA | NA | 0.00 |
| | Quest Diagnostics, PO Box 7306 Hollister, MO 65673 | | 76.80 | NA | NA | 0.00 |
| | Radiology & Nuclear Consult, PO Box 71260 Chicago, IL 60694 | | 31.50 | NA | NA | 0.00 |
| | RRCA, 201 E 3rd St Sterling, IL 61081 | | 0.00 | NA | NA | 0.00 |
| | Select Employee Credit Union, 2412 Freeport Road Sterling, IL 61081 | | 7,228.84 | NA | NA | 0.00 |
| | Suntrust - American Education Serv, Payment Center Harrisburg, PA 17130-0001 | | 21,272.79 | NA | NA | 0.00 |
| | Total Visa Credit Card, PO Box 89940 Sioux Falls, SD 57109 | | 415.48 | NA | NA | 0.00 |
| | VERIZON, PO Box 25505 Lehigh Valley, PA 18002-5505 | | 882.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo, c/o Attorney Kipp Meyers 100 S Broad St Lanark, IL 61046 | | 0.00 | NA | NA | 0.00 |
| 1 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 571.74 | 571.74 | 142.58 |
| 4 | RRCA | 7100-000 | NA | 1,028.36 | 1,028.36 | 256.46 |
| 3 | Select Employee Credit Union | 7100-000 | NA | 7,178.68 | 7,178.68 | 1,790.27 |
| 2 | Suntrust Bank | 7100-000 | NA | 23,102.93 | 23,102.93 | 5,761.57 |
| 5 | Verizon | 7100-000 | NA | 865.33 | 865.33 | 215.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 36,505.51 | $ 32,747.04 | $ 32,747.04 | $ 8,166.68 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-81185 | TML | Judge: | Thomas M. Lynch | Trustee Name: | BERNARD J. NATALE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | SARAH E SCHLOSSER | | | | Date Filed (f) or Converted (c): | 05/17/2017 (f) |
| | | | | | 341(a) Meeting Date: | 06/22/2017 |
| For Period Ending: | 07/02/2018 | | | | Claims Bar Date: | 03/22/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2012 Chevrolet Cruz Mileage: 130000 | 5,000.00 | 5,000.00 | OA | 0.00 | FA |
| 2. Normal Complement Of Household Goods | 1,820.00 | 0.00 | OA | 0.00 | FA |
| 3. Tv | 500.00 | 0.00 | OA | 0.00 | FA |
| 4. Clothes And Family Photos | 350.00 | 0.00 | OA | 0.00 | FA |
| 5. Misc. Jewelry | 200.00 | 0.00 | OA | 0.00 | FA |
| 6. Cat/Dog | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. Cash | 20.00 | 0.00 | OA | 0.00 | FA |
| 8. Fifth Third Bank, Dixon, Il | 602.33 | 0.00 | OA | 0.00 | FA |
| 9. Fifth Third Bank, Dixon, Il | 400.00 | 0.00 | OA | 0.00 | FA |
| 10. Fifth Third Bank, Dixon, Il - Joint Acct. W/Daughter But All | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. Select Employees Credit Union | 74.31 | 0.00 | OA | 0.00 | FA |
| 12. Deferred Comp. Through Employer. Dcp Voluntary | 8,704.00 | 0.00 | OA | 0.00 | FA |
| 13. Deferred Compensation Plan Through Employer | 20,675.00 | 0.00 | OA | 0.00 | FA |
| 14. Proceeds from Father's Estate  (u) | Unknown | 0.00 | | 13,547.95 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $38,345.64    $5,000.00    $13,547.95    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP #    14    --    Trustee's objection to claim of exemption pursuant to 735 ILCS 5/12-1001(c) granted on 12/18/17

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-81185 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: SARAH E SCHLOSSER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8954 |
| | Checking |
| Taxpayer ID No: XX-XXX8239 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 07/02/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/17 | 14 | Hewitt & Wagner<br>Attorneys at Law<br>Trust Account<br>1124 Lincoln Hwy<br>Rochelle, IL 61068 | Inheritance | 1229-000 | $11,162.06 | | $11,162.06 |
| 12/19/17 | 14 | Cooney and Conway<br>Distribution Account<br>120 N. LaSalle Street<br>Chicago, IL 60602 | Inheritance | 1229-000 | $2,385.89 | | $13,547.95 |
| 12/21/17 | 1101 | Schlosser, Sarah E.<br>25 Westlox Ave<br>Peru IL 61354 | Exemption | 8100-002 | | $383.36 | $13,164.59 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $13,154.59 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.59 | $13,135.00 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.64 | $13,117.36 |
| 05/14/18 | 1102 | BERNARD J. NATALE<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENTER<br>ROCKFORD, IL  61107 | Distribution | | | $2,078.28 | $11,039.08 |
| | | BERNARD J. NATALE | Final distribution representing a payment of 100.00 % per court order.   ($2,066.46) | 2100-000 | | | |
| | | BERNARD J. NATALE | Trustee Expenses   ($11.82) | 2200-000 | | | |
| 05/14/18 | 1103 | BERNARD J. NATALE LTD<br>1639 N ALPINE RD SUITE 401<br>EDGEBROOK OFFICE CENER<br>ROCKFORD, IL  61107 | Distribution | | | $2,872.40 | $8,166.68 |
| | | BERNARD J. NATALE LTD | Attorney Fees   ($2,852.50) | 3110-000 | | | |
| | | BERNARD J. NATALE LTD | Attorney Expenses   ($19.90) | 3120-000 | | | |

Page Subtotals:   $13,547.95   $5,381.27

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-81185 | Trustee Name: BERNARD J. NATALE, TRUSTEE |
| Case Name: SARAH E SCHLOSSER | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8954 |
| | Checking |
| Taxpayer ID No: XX-XXX8239 | Blanket Bond (per case limit): $3,000.00 |
| For Period Ending: 07/02/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/14/18 | 1104 | Capital One Bank (Usa), N.A.<br>American Info Source LP<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Ref #5765 | 7100-000 | | $142.58 | $8,024.10 |
| 05/14/18 | 1105 | Suntrust Bank<br>American Education Services<br>Po Box 8183<br>Harrisburg, Pa 17105 | Ref #5928 | 7100-000 | | $5,761.57 | $2,262.53 |
| 05/14/18 | 1106 | Select Employee Credit Union<br>PO Box 636<br>2412 Freeport Road<br>Sterling, IL 61081 | Ref #1043 | 7100-000 | | $1,790.27 | $472.26 |
| 05/14/18 | 1107 | RRCA<br>201 E 3rd St<br>Sterling, IL 61081 | Ref #1082 | 7100-000 | | $256.46 | $215.80 |
| 05/14/18 | 1108 | Verizon<br>American Infosource Lp<br>P O Box 248838<br>Oklahoma City, Ok 73124-8838 | Ref# 0001 | 7100-000 | | $215.80 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $13,547.95 | $13,547.95 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,547.95 | $13,547.95 |
| Less: Payments to Debtors | $0.00 | $383.36 |
| Net | $13,547.95 | $13,164.59 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $8,166.68 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8954 - Checking | $13,547.95 | $13,164.59 | $0.00 |
|  | $13,547.95 | $13,164.59 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,547.95 |
| Total Gross Receipts: | $13,547.95 |

Page Subtotals:    $0.00    $0.00